UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:18-CV-08878-ODW (RAOx) | Date | December 14, 2018 |
|---|---|---|---|
| Title | *Rebecca Castillo v. Meineke Car Care Centers, LLC, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**           **In Chambers**

In light of the parties' recent Notice of Settlement (ECF No. 10), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **January 14, 2019**, why settlement has not been finalized. **No hearing will be held.** All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

   **IT IS SO ORDERED.**

                                                                                       :    00

                                                  Initials of Preparer    SE