MANNING LAW, APC
Joseph R. Manning, Jr., Esq. (SBN 223381)
Michael J. Manning, Esq. (SBN 286879)
Tristan P. Jankowski, Esq. (SBN 290301)
4667 MacArthur Blvd., Ste. 150
Newport Beach, CA 92660
Telephone: (949) 200-8755

*Attorneys for Plaintiff*
REBECCA CASTILLO

SACKS, RICKETTS AND CASE LLP
Robert B Bader
177 Post Street, Suite 650
San Francisco, CA 94108

*Attorneys for Defendant*
MEINEKE CAR CARE CENTERS, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REBECCA CASTILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MEINEKE CAR CARE CENTERS, LLC, a North Carolina corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-08878-ODW-RAO<br><br>**ORDER APPROVING CONSENT DECREE [16]** |

# **COURT APPROVAL, ADOPTION, AND ENTRY OF THE CONSENT DECREE**

THE COURT, HAVING CONSIDERED the pleadings, law, underlying facts and having reviewed this proposed Consent Decree,

FINDS AS FOLLOWS:

1) This Court has personal jurisdiction over Plaintiff and Defendant for the purposes of this lawsuit pursuant to 28 U.S.C. §§ 1332;

2) The provisions of this Consent Decree shall be binding upon the Parties;

3) Entry of this Consent Decree is in the public interest;

4) This Consent Decree is for settlement purposes only and does not constitute an admission by Defendant of any of the allegations contained in the Complaint or any other pleading in this lawsuit, nor does it constitute any finding of liability against Defendant; and

5) This Consent Decree shall be deemed as adjudicating, once and for all, the merits of each and every claim, matter, and issue that was alleged, or could have been alleged by Plaintiff based on, or arising out of, or in connection with, the allegations in the Complaint.

NOW THEREFORE, the Court approves the Consent Decree and in doing so specifically adopts it and makes it an Order of the Court.

SO ORDERED.

DATED: February 27, 2019

_____
Otis D. Wright, II
United States District Judge